21IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-3213-SKC

DAVE ARAGON

      Plaintiff,

v.

LOWE'S HOME CENTERS, LLC

      Defendants.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Lowe's Home Centers, LLC, is a North Carolina limited liability company, with its principal place of business in Mooresville, North Carolina. Lowe's Home Centers, LLC, is a wholly owned subsidiary of Lowe's Companies, Inc., a publicly traded North Carolina corporation. Lowe's Companies, Inc. is its sole member.

Dated this 6th day of December, 2021.

    Respectfully submitted,

    Hall & Evans, LLC

    *s/ Alison F. Burke*
    J. Ryan Johnson
    Alison F. Burke
    1001 17th Street, Suite 300
    Denver, CO  80202
    Phone:  (303) 628-3300
    Fax:  (303) 628-3368
    johnsonr@hallevans.com

2

burkea@hallevans.com
*Counsel for Defendant*
*Lowe's Home Centers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2021, I electronically filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties or counsel registered through ECF. In addition, I hereby certify that I have served the foregoing via electronic mail to the following non-CM/ECF participants:

Eric Ballou, #40163
THE FRICKEY LAW FIRM, P.C.
940 Wadsworth Boulevard, Suite 400
Lakewood, CO 80214
Telephone: (303) 237-7373
Facsimile: (303) 233-7313
eballou@frickey.com

*Attorneys for Plaintiff*

                                                *s/ Mollie McDonald*
                                                Mollie McDonald, Legal Assistant to
                                                J. Ryan Johnson & Alison F. Burke