IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 1:21-cv-03213-SKC

**DAVID ARAGON,**

Plaintiff,

v.

**LOWE'S HOME CENTERS LLC,**

Defendant.

---

## JOINT STATUS REPORT

---

Pursuant to the Scheduling Order [Doc. 16, Sec. 9, Pg. 10, Para. i.] entered by this Court on February 17, 2022, the Parties, Plaintiff David Aragon, by and through counsel, Eric Ballou of The Frickey Law Firm, P.C., and Defendant Lowe's Home Centers, LLC, by and through counsel, Alison F. Burke of Hall & Evans, LLC, submit the following Joint Status Report to address the following three areas as identified in the Practice Standards for Civil Cases:

1. **Discovery Activities to Date**

<u>Plaintiff:</u>   Plaintiff's Initial F.R.C.P. 26(a)(1) disclosures were served on February 15, 2022, and Plaintiff's First Supplemental F.R.C.P. 26(a)(1) disclosures were served on April 7, 2022. Plaintiff's Responses to Defendant Lowe's Home Centers, LLC's First Set of Interrogatories and Requests for Production of Documents were served on April 14, 2022, which was the 30th day after having been received/served on March 15, 2022.

1

In addition, Plaintiff served his First Set of Interrogatories, Request for Production of Documents and Requests for Admissions to Defendant Lowe's Home Centers, LLC on April 6, 2022, making Defendant's responses due on May 6, 2022.

<u>Defendant</u>: Defendant's Initial F.R.C.P. 26(a)(1) disclosures were served on February 16, 2022. Defendant's responses to Plaintiff's First set of Written Discovery to Lowe's are due May 6, 2022.

2. **<u>Pending and Resolved Discovery Disputes to Date</u>**

<u>Plaintiff:</u> Plaintiff is preparing this status report in advance of an unrelated trial that is scheduled to commence in Denver County District Court on May 9-13, 2022. Plaintiff will most likely not be able to review Defendant's responses to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions (due May 6, 2022) before the submission of this status report. Should any discovery dispute arise after receiving Defendant's responses to written discovery, Plaintiff will address those issues with Defendant, and a supplemental Status Report will be submitted.

Plaintiff currently has no pending or resolved discovery disputes to date.

<u>Defendant</u>: Defendant has had an opportunity to review Plaintiff's responses to Lowe's opening set of Written Discovery and, based on Plaintiff's representation in those responses, that he is not seeking a past, present, or future wage loss claim or a loss of earning capacity claim, Defendant Lowe's has no unresolved discovery disputes at this time but does not, by this status report, waive its right to raise any dispute in the future should the need to do so arise.

3. **The Likelihood of Settlement**

Plaintiff: Plaintiff prepared a pre-litigation demand package for Defendant's consideration. Limited settlement negotiations occurred before suit was filed but were unsuccessful. The Parties have not engaged in renewed settlement discussions since commencement of litigation. Plaintiff remains open to participating in mediation in this case after some additional discovery has occurred, namely, responses to written discovery and, most likely, Defendant's 30(b)(6) deposition. Plaintiff would categorize the likelihood of settlement as low to moderate.

Defendant: Defendant Lowe's agrees with Plaintiff's description of the prospects for settlement in this matter.

Respectfully submitted this 3rd day of May 2022.

/s/ Eric B. Ballou
Eric Ballou, #40163
THE FRICKEY LAW FIRM, P.C.
940 Wadsworth Blvd., Suite 400
Lakewood, CO  80214
Telephone:	(303) 237-7373
Fax Number:	(303) 233-7313
E-mail:  eballou@frickey.com

*Attorney for Plaintiff*
*Dave Aragon*

/s/  Alison F. Burke
Alison F. Burke
Christopher D. Bryan
HALL & EVANS, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
Fax: (303) 628-3368
E-mail: burkea@hallevans.com
E-mail: bryanc@hallevans.com

*Counsel for Defendant*
*Lowe's Home Centers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May 2022, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel registered through ECF:

Christopher D. Bryan
Alison F. Burke
1001 17th Street, Suite 300
Denver, CO 80202
bryanc@hallevans.com
burkea@hallevans.com

*Counsel for Defendant Lowe's Home Centers, LLC*

                                        */s/ Alecia Farkas*
                                        Alecia Farkas, Paralegal