IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03213-SKC

DAVID ARAGON

    Plaintiff,

v.

LOWE'S HOME CENTERS LLC,

    Defendant.

---

**DEFENDANT'S <u>UNOPPOSED</u> MOTION TO VACATE AND RE-SCHEDULE FINAL PRETRIAL AND TRIAL PREPARATION CONFERENCE**

---

Defendant, by and through its counsel, Christopher D. Bryan, Elizabeth K. Olson, and Michael C. Helland of Hall & Evans, LLC, hereby submits its <u>Unopposed</u> Motion to Vacate and Re-Schedule Pretrial and Trial Preparation Conference, as follows:

**Certification of Conferral Pursuant to D.C.COLO.LCivR 7.1(a)**

Undersigned counsel has conferred with counsel for Plaintiff regarding the relief requested herein. This motion in unopposed.

1. The parties respectfully request a two-week extension of time for the Final Pretrial and Trial Preparation Conference so that the parties may conduct mediation on February 27, 2023 with their preferred mediator.

2. The parties have good cause for the requested extension of time, as their preferred mediator's and counsel's soonest availability was February 27, 2023, the currently scheduled date of the Final Pretrial and Trial Preparation Conference.

3. Defendant's counsel is submitting this motion unopposed upon conferral with Plaintiff's counsel. Since this motion is unopposed, the relief requested herein will not prejudice any party.

4. The parties are presently set for a four (4) day trial, beginning **April 10, 2023, at 8:30 a.m.** The extension sought herein should not have an impact on the currently scheduled trial date.

5. Pursuant to D.C.COLO.LCivR 6.1(c), Defendant's counsel has contemporaneously served this motion on Defendant's client.

**WHEREFORE**, Defendant requests this Court enter an order vacating and re-setting the Final Pretrial and Trial Preparation Conference to two weeks after February 27, 2023.

Dated this 23rd day of December 2022

                HALL & EVANS, LLC

                *s/ Elizabeth K. Olson*
                Christopher D. Bryan, Esq.
                Elizabeth K. Olson, Esq.
                Michael C. Helland, Esq.
                Hall and Evans, LLC
                1001 17th Street, Suite 300
                Denver, CO 80202
                Phone: (303) 628-3300
                Fax: (303) 628-3368
                bryanc@hallevans.com
                olsone@hallevans.com
                hellandm@hallevans.com
                *Attorneys for Defendant*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on the 23rd day of December 2022 a true and correct copy of the foregoing **DEFENDANT'S <u>UNOPPOSED</u> MOTION TO VACATE AND RE-SCHEDULE FINAL PRETRIAL AND TRIAL PREPARATION CONFERENCE** was filed with the Court via CM/ECF, which will send notification to the below-listed parties via email:

Eric B. Ballou
940 Wadsworth Pkwy., Suite 4000
Lakewood, CO 80214
Phone: (303) 237-7373
eballou@frickey.com
*Attorney for Plaintiff*

                                          *s/ Robin Havens*
                                          Robin Havens, Legal Assistant