IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03213-SKC

DAVID ARAGON

Plaintiff,

v.

LOWE'S HOME CENTERS LLC,

Defendant.

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS

COME NOW, Defendant Lowe's Home Centers, LLC, by and through its undersigned attorneys, and hereby submit the following Proposed Jury Instructions, based on the Colorado Jury Instructions, for trial in this matter (the text of the instructions are included as **Exhibit 1**):

2:1 (modified)(defendant's additions only)
5:2 (modified)
6:1
9:6
9:12
9:13
9:20
9:21 (modified)
9:23 (modified)
9:26 (modified)
12:3 (modified)
12:17
9:26C (Special Verdict form A)
9:26D (Special Verdict form B)

The Parties conferred regarding further instructions. Plaintiff's counsel has agreed to file a set of stipulated instructions. Plaintiff will also file their proposed instructions.

Respectfully submitted this 24th day of March 2023.

HALL AND EVANS, LLC

By: /s/ Christopher Bryan
Christopher D. Bryan, Esq.
Elizabeth D. Olson, Esq.
1001 17th Street, Suite 300
Denver, CO  80202
Telephone: (303) 628-3300
bryanc@hallevans.com
olsone@hallevans.com

*Attorneys for Defendant Lowe's Home Centers*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 24th day of March 2023 a true and correct copy of the foregoing **DEFENDANT'S PROPOSED JURY INSTRUCTIONS** was filed with the Court via CM/ECF, which will send notification to the below-listed parties via email:

Eric B. Ballou
940 Wadsworth Pkwy., Suite 4000
Lakewood, CO 80214
Phone: (303) 237-7373
eballou@frickey.com
*Attorney for Plaintiff*

s/Olivia Erkhart
Legal Assistant, Hall & Evans, LLC